UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
NOVEMBER 18, 2025 SESSION



UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:25-cr-000192

                                21 U.S.C. § 841(a)(1)

WILLIE DAVIS McCALL, III
    Also known as "Primo"
    Also known as "Ill Will"


I N D I C T M E N T


The Grand Jury Charges:

## COUNT ONE

On or about April 3, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant WILLIE DAVIS McCALL, III, also known as "Primo," also known as "Ill Will," knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about April 30, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant WILLIE DAVIS McCALL, III, also known as "Primo," also known as "Ill Will," knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about June 11, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant WILLIE DAVIS McCALL, III, also known as "Primo," also known as "Ill Will," knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## SENTENCING ENHANCEMENT PROVISION

THE GRAND JURY FURTHER CHARGES:

The defendant, WILLIE DAVIS McCALL, III, also known as "Primo," also known as "Ill Will," prior to committing the violations of 21 U.S.C. § 841(a)(1) contained in Counts One, Two, and Three of this Indictment, had the following conviction for a serious drug felony that had become final for the purposes of 21 U.S.C. § 841, that is, defendant WILLIE DAVIS McCALL, III, also known as "Primo," also known as "Ill Will," was convicted on or about July 26, 2017, in the United States District Court for the Southern District of West Virginia (Case No. 2:17-cr-00050-1) of distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), for which a maximum term of imprisonment of 10 years or more was prescribed by law, for which the defendant served more than 12 months in prison, and for which the defendant was released within 15 years of the commencement of the offenses charged in Counts One, Two, and Three of this Indictment.

In violation of Title 21, United States Code, Sections 802(58), 841, and 851.

MOORE CAPITO
United States Attorney

By: _____

LESLEY SHAMBLIN
Assistant United States Attorney